IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HELEN HAMILTON                                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:21-CV-457 HTW-LGI

WAL-MART STORES EAST, LP and
JOHN DOES 1-5                                                                                  DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties having advised the court that a settlement has been reached in this matter, and the court being desirous that this case be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed, without prejudice, as to all parties, and all pending motions are hereby dismissed.  The parties shall submit an Agreed Final Judgment without prejudice within twenty (20) days.

This Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED,  this  the 2nd  day of August, 2022.


s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE